1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

JAGVIR SINGH,

11

       Petitioner,

12

13

       v.

14

SERGIO ALBARRAN, et al.,

15

       Defendants.

16

17

JAGVIR SINGH,

18

       Petitioner,

19

20

       v.

21

SERGIO ALBARRAN, et al.,

22

       Defendants.

23

Old Case No. 1:26-cv-00581 TLN AC
New Case No. 1:26-cv-00581 JLT SKO

ORDER RELATING CASES AND
REASSIGNING DISTRICT JUDGE AND
MAGISTRATE JUDGE

ORDER CONSOLIDATING CASES

Case No. 1:26-cv-00095 JLT SKO

ORDER CONSOLIDATING CASES

24

      Pursuant to Local Rule 123, the Court finds that the action *Jagvir Singh v. Albarran*, Case

25

No. 1:26-cv-00581 TLN AC, is related under this Court's Local Rule 123 to *Jagvir Singh v.*

26

*Albarran*, Case No. 1:26-cv-00095 JLT SKO. The actions involve overlapping parties, properties,

27

claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same

28

district judge and magistrate judge will promote convenience, efficiency, and economy for the

1

1  Court and parties. Thus, the Court **ORDERS** that Case No. 1:26-cv-00581 TLN AC is reassigned

2  to U.S. District Judge Jennifer L. Thurston and U.S. Magistrate Judge Sheila K Oberto and shall

3  bear the **New Case No. 1:26-cv-00581 JLT SKO**.

4        In addition, Petitioner has moved to consolidate these matters, (*see* Doc. 9, Case No. 1:26-

5  cv-00581) and Respondents have indicated they have no objection. (*See* Doc. 12, Case No. 1:26-

6  cv-00095). Good cause appearing, the Court **ORDERS** that these cases be **CONSOLIDATED**.

7  Case No. 1:26-cv-00095 JLT SKO shall be the lead case.

8  IT IS SO ORDERED.

9     Dated:  **February 23, 2026**

10                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28